## 49048. HAGAN et al. v. TECH REALTY COMPANY, INC. et al.

EBERHARDT, Presiding Judge.

In the present posture of this case, this court is unable to find or to hold that plaintiffs have carried their burden of establishing that there is no genuine issue of material fact and that they are entitled to summary judgment as a matter of law.

*Judgment affirmed. Pannell and Evans, JJ., concur.*

Submitted February 6, 1974 — Decided February 26, 1974.

*Joseph S. Crespi, C. W. Milam,* for appellants.
*John E. Feagin,* for appellees.